1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Defendants
6

7

8             IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | RISEE LAMA, an individual, | Case No. 1:15-cv-00867-LJO-MJS |
|---|---|
12 | Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR FILING OF RESPONSE TO FIRST AMENDED COMPLAINT** |
13 | v. | |
14 | UNITED STATES DEPARTMENT OF EDUCATION et al., | |
15 | Defendants. | |

17

18     The parties to this action hereby stipulate and request that the time for Defendants to file a

19  response to Plaintiff's First Amended Complaint (ECF No. 10) be extended to December 18, 2015.

20  The parties are actively engaged in settlement discussions and request this extension of time in order

21  to avoid motion practice relating to the pleadings in the case.  This is the parties' first request for

22  such an extension of time.

23                                                       Respectfully submitted,

24  Dated: November 6, 2015                              BENJAMIN B. WAGNER
                                                          United States Attorney
25

26                                                        /s/ Benjamin E. Hall
                                                          BENJAMIN E. HALL
27                                                        Assistant U.S. Attorney
                                                          Attorney for Defendants
28

STIPULATION AND ORDER TO EXTEND TIME FOR           1
FILING OF RESPONSE TO COMPLAINT

Dated: November 6, 2015                                    CYRIL LAWRENCE, INC.


                                                           /s/ Cyril L. Lawrence
                                                           CYRIL L. LAWRENCE
                                                           Attorney for Plaintiff

## **ORDER**

Good cause appearing, the proposed Stipulation and Order to Extend Time For Filing of Response to First Amended Complaint in Case No. 1:15-cv-0867-LJO-MJS is hereby approved and adopted as the Order of the Court.  The time for Defendants to file a response to the First Amended Complaint is extended to December 18, 2015.


IT IS SO ORDERED.

Dated:   November 10, 2015             /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE